# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DELORES GUERRERO

(Name and Address of Defendant)

**MAGISTRATE JUDGE DENLOW**
**CRIMINAL COMPLAINT**

CASE NUMBER:
**08CR 0065**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___7/2/2000___ in ___Cook___ county, in the ___Northern___ District of ___Illinois___ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title ___18___ United States Code, Section(s) ___1073___.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                         Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

**FILED**
JAN 29 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Signature of Complainant
**PABLO ARAYA**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

January 29, 2008                            at      Chicago, Illinois
Date                                                City and State

MORTON DENLOW  United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

**STATE OF ILLINOIS**   )
                       ) ss
**COUNTY OF COOK**      )

### A F F I D A V I T

I, PABLO ARAYA, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over twelve years. I am currently assigned to the FBI's Chicago Division as the Fugitive Coordinator and, as such, am familiar with fugitive investigations. The information contained in this affidavit was furnished by Detective R. BLACKBURN of the Chicago Police Department (CPD) unless otherwise indicated.

2. On July 2, 2000, DAVID VENTA was shot and killed during a rival gang dispute in Chicago, Illinois. Subsequent investigation by the CPD identified DELORES GUERRERO as the suspect in the murder. On February 13, 2002, the Circuit Court of Cook County, Illinois, issued a warrant for the arrest of GUERRERO after he was charged with one count of First Degree Murder, a felony. A copy of the arrest warrant is attached to this affidavit.

3. Investigation conducted by the FBI and the CPD at the time failed to locate GUERRERO in Chicago. Several of GUERRERO's associates were interviewed and all stated that GUERRERO had fled the Chicago area, possibly to his native Mexico. Continued efforts to locate him failed.

4. In September, 2007, the case was revisited by the CPD Area 1, Homicide Unit. The renewed investigation led investigators

to GUERRERO's sister, EVELYN GUERRERO, who advised that DELORES GUERRERO was currently residing in Guaunajato, Mexico. EVELYN GUERRERO went on to say that she speaks occasionally to her brother on the telephone, and that he lives with an aunt. DELORES GUERRERO has told his sister that he will not return to the United States, because he knows that the police are looking for him for the murder of VENTA.

5. Based upon the information contained in this affidavit, I believe DELORES GUERRERO fled the State of Illinois to avoid prosecution for First Degree Murder.

6. The Cook County State's Attorney's Office will extradite GUERRERO when he is apprehended.

_____
PABLO ARAYA
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before
me this 29th day of January, 2008

_____
MORTON DENLOW
United States Magistrate Judge

Branch 66
COURT BRANCH | TIME/CALL | | | | LINE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs.

Case No. 02-CR-190544 / 02-CR-8133

BFW [ ]

FILED
FEB 13 2002
DOROTHY BROWN
CLERK OF CIRCUIT COURT

ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE, GREETINGS:

Command you to arrest Delores GUERRERO,
(Defendant)

for the offense of 720 ILCS 5/9-1(a)(2) First Degree Murder
(Chapter) (Section) (Description)

stated in a charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at

2600 S. California Ave.     Branch 66     101
(Location)     (Rm)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LOCATIONS

☒ COOK COUNTY
☒ COOK, LAKE, McHENRY, KANE, DUPAGE & WILL COUNTIES
☒ STATE WIDE
☒ OTHER

FILED
FEB 13 2002
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Issued in Cook County February 13, 2002

Bail Fixed at $ No Bail

_____ Judge    Code

WITNESS: _____, CLERK OF THE COURT and the Seal thereof,    2-13-02

_____
Clerk of The Circuit Court

By _____
    Deputy Clerk

Complainant's Name David VENTA (Deceased)    Address _____

Arresting Officer Det. Edward J. Adams Star No. #21185    Agency/Unit CPD A1/VC

WHEN ARREST IS MADE IF DEFENDANT MAKES BAIL PLEASE SET COURT DATE FOR _____

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

1. ORIGINAL TO SHERIFF OR POLICE DEPT.    CCG-58-150M-8-7-01(00076)